**Ricky Hobart PARSONS,
Plaintiff–Appellant,**

v.

**R.C. LEE; Marshall A. Hudson; Tim Smith; Tim Goldstein; Dwight Hyde; Bill Clements; W.A. Barnes; Jane Doe, Mail Room Officer at Central Prison; Marvin Polk, Warden; Mattie Canady; Steve Harper; Fofana Solaiman; Kenneth M. Jones; Jonnita Baker–Williams; Ken Butler; Kristen Parks; Michael S. Hamden; John Doe, Psychiatrist at Central Prison; John Doe, Psychologist at Central Prison, Defendants–Appellees.**

No. 04–6845.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2004.

Decided: Oct. 20, 2004.

Ricky Hobart Parsons, Appellant pro se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Hobart Parsons appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Parsons v. Lee,* No. CA–04–73–FL (E.D.N.C. Apr. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*